No. 88–1449. KOREAN AIR LINES *v.* MACNAMARA; and

No. 88–1551. MACNAMARA *v.* KOREAN AIR LINES. C. A. 3d Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 88–7139. STUTZMAN *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 17, 1989, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 88–7371. IN RE GREEN. Petition for writ of habeas corpus denied.

No. 88–1862. IN RE FLEMING;

No. 88–7143. IN RE SUN; and

No. 88–7153. IN RE REIDT. Petitions for writs of mandamus denied.

No. 88–7157. IN RE MARTIN. Petition for writ of mandamus and/or prohibition denied.

No. 88–5986. OSBORNE *v.* OHIO. Appeal from Sup. Ct. Ohio. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted limited to Questions I.(b), I.(d), and II presented by the statement as to jurisdiction. With respect to the additional questions presented, appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–1105. GUIDRY *v.* SHEET METAL WORKERS NATIONAL PENSION FUND ET AL. C. A. 10th Cir. Certiorari granted.